IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DIANE DORAN,**

    **Plaintiff,**

    **vs.**                                                      Cause No.  04-CV-511 DRH

**AMERICAN WATER WORKS,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------------

                                                                          **NORBERT G. JAWORSKI, CLERK**

September 7, 2005                                    By:   s/Patricia Brown
                                                                        Deputy Clerk

APPROVED:/s/      David RHerndon        EOD:  9/7/2005
             **U.S. DISTRICT JUDGE**